# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**BERNARD WALTER JOHNSON, #403868**          PLAINTIFF

v.          CAUSE NO. 1:17-cv-115-LG-RHW

**EVAN HUBBARD, Warden, et al.**          DEFENDANTS

## FINAL JUDGMENT

Pursuant to the Order of Dismissal issued this date and incorporated herein by reference,

**IT IS ORDERED AND ADJUDGED** this civil action is **DISMISSED WITHOUT PREJUDICE** for failure to obey the Court's Orders and to prosecute.

**SO ORDERED AND ADJUDGED** this the 25th day of August, 2017.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE